## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JAMES D. SMITH, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                       **NO. 17-163-BAJ-RLB**

**MOTEL 6 CORPORATION, ET AL.**

### NOTICE

   Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

   In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

   **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

   Signed in Baton Rouge, Louisiana, on May 31, 2017.

                                         *Erin Wilder-Doomes*
                                         **ERIN WILDER-DOOMES**
                                         **UNITED STATES MAGISTRATE JUDGE**

J. Smith - 7002 0460 0002 5942 9275

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES D. SMITH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-163-BAJ-RLB** |
| **MOTEL 6 CORPORATION, ET AL.** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiffs filed their Complaint in this matter on March 17, 2017.[1] The requisite filing fee was not paid at the time the Complaint was filed. On April 11, 2017, the Court ordered Plaintiffs to either pay the $400.00 filing fee or to complete and submit an Application to Proceeding in District Court Without Prepaying Fees or Costs (Long Form)(the "IFP Application Form") within twenty-one (21) days. The IFP Application Form was attached to the Court's April 11, 2017 Order. The April 11, 2017 Order further advised Plaintiffs that failure to comply with the order may result in dismissal of the Complaint without further notice. The Court further ordered that the Clerk of Court serve the April 11, 2017 Order by certified mail, return receipt requested.[2]

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiffs have not paid the $400.00 filing fee, nor has any Plaintiff submitted a completed IFP Application Form. In addition, the April 11, 2017 Order that was sent to Plaintiff James D. Smith by certified mail, return receipt to the address listed on the Complaint was returned undeliverable.[3]

Local Civil Rule 41(b)(4) provides that "failure of an attorney or pro se litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute,

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Doc. 3. Mr. Smith is the only Plaintiff for whom the Court was provided with an address.

1

when a notice is returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty days." Dismissal under this Rule "shall be without prejudice." Local Civil Rule 41(b)(3). More than thirty days have passed since mail to the only Plaintiff for whom an address has been provided was returned as undeliverable.

## RECOMMENDATION

It is the recommendation of the magistrate judge that this matter be dismissed without prejudice for Plaintiffs' failure to pay the filing fee and failure to keep the Court apprised of an address change.

**IT IS FURTHER ORDERED** that the clerk's office is to serve this order to the plaintiff via certified mail return receipt requested to the address listed on PACER.

Signed in Baton Rouge, Louisiana, on May 31, 2017.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

2