## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JAMES D. SMITH                                                    CIVIL ACTION

VERSUS

MOTEL 6 CORPORATION                              NO.: 17-00163-BAJ-EWD
ET AL.

## RULING AND ORDER

The Magistrate Judge issued a Report and Recommendation (Doc. 4) in the above-captioned case, recommending that the Complaint (Doc. 1) be dismissed. Specifically, the Magistrate Judge found that (1) Plaintiff failed to pay the requisite filing fee or submit an application to proceed *in forma pauperis* and (2) Plaintiff failed to keep the Court apprised of his current address.

Plaintiff failed to file timely objections to the Magistrate Judge's Report and Recommendation. *See* 28 U.S.C. § 636(b)(1).

Having carefully considered the record, the applicable law, the Magistrate Judge's Report, and Plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 4)** and **ADOPTS** the Report as the Court's opinion herein.

For the reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that pursuant to this Court's Local Rule 41(b)(4), the **Complaint (Doc. 1)** is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 10th day of August, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**